UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6245**

_____

CALVIN SCOTT WEDINGTON,

                    Plaintiff - Appellant,

          v.

VETERANS   ADMINISTRATION;   VETERANS   HOSPITAL;   VETERANS
ADMINISTRATION BENEFITS COORDINATOR,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:15-cv-00039-RDB)

_____

Submitted:  April 16, 2015          Decided:  April 21, 2015

_____

Before  AGEE  and  KEENAN,  Circuit Judges,  and  HAMILTON,  Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Calvin Scott Wedington, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Scott Wedington appeals the district court's order dismissing his civil action under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Wedington's informal brief does not challenge the basis for the district court's disposition, Wedington has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2